SCANNED at WVCF and Emailed on
_10-2-23_ by _R2_ - _31_ pages.
(date)        (initials)    (num)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| _Warren A. Beals_ | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| _Yarber, Leffler, Kholarich_ | ) |
| Defendant, | ) |
| | ) |
| (Enter above the full name of the | ) |
| Defendant(s) in this action.) | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Case No.: _2:23-cv-00475-JMS-MKK_
(TO BE SUPPLIED BY THE CLERK)

**FILED**

**10/02/2023**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## COMPLAINT

### I. PARTIES

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff:

Name _Warren A. Beals_

Identification Number _209457_

Address _Wabash Valley Correctional Facility_
_P.o. Box 1111 Carlisle, IN 47838-1111_

B. Defendant(s)

Name _Yarber_

Title _Lieutenant C/O_

Address _Wabash Valley Correctional Facility_
_P.O. Box 1111 Carlisle, IN 47838-1111_

Name _Leffler_

Title _Sgt. C/O_

Address _Wabash Valley Correctional Facility_
_P.O. Box 1111 Carlisle, IN 47838-1111_

BK3
— 1

Name Kolarick

Title Sgt. C/O

Address Wabash Valley Correctional Facility

P.O. Box 1111   Carlisle, IN 47838-1111

(Identify additional plaintiffs and defendants on a separate sheet of paper using this same outline)

## II.    STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because I have a pending civil case #2:23-CV-00245-JMS-MJD.

If the same facts alleged or claims made in this suit have been previously presented to any other state or federal court in an earlier suit, for each such earlier suit identify the parties, the Court in which it was filed, the docket number assigned to the suit, the status of such earlier suit, (for example: pending, dismissed, set for trial, on appeal, etc.). and the nature of the disposition if the earlier case is closed.

## IV.   CAUSE OF ACTION

State which of your constitutional or federal rights, privileges or immunities have been violated and summarize in one or two sentences what the defendant(s) did to violate your rights in that regard. If you are claiming that more than one of your constitutional rights were violated, use a separate paragraph (ground) for each right, privilege or immunity which was violated. If you have more than three (3) grounds, identify them in a separate attached piece of paper.

BK3

-2-

Ground 1: _1st Amendment Access to the Courts — Each defendant had acted in their own individual capacity to use excessive force by threats and aggression to convince I plantiff to surrender my copies of legal material during a grievance process and to Exhaust Administrative Remedies during an unrelated issue, and legal items were confiscated._

Ground 2: _8th Amendment Cruel and Unusual Punishments — Each defendant had acted in their own individual capacity to violate I plantiff's 1st Amendment right to Access the Courts and violated I DOC policy to forcably confiscated legal materials and impeded I plantiff's legal process to Exhaust Administrative Remedies_

Ground 3: _14th Amendment Life Liberty and Property and due process Each defendant acted in their own individual capacity to impede I plantiff's Access to Courts with aggression and threats that caused I plantiff severe stress/Psychological harm that triggered Siezures shortly after I plantiff complied to surrender legal materials_

(Identify additional grounds on a separate sheet of paper)

## V. STATEMENT OF FACTS

State here the FACTS of your case. You should outline both the facts on which your suit is based and the particular role of each defendant in those circumstances.

_Each defendant acted in their own individual capacity to impede, thwart, or "chill" I plantiff's access to the courts and use of excessive force against I DOC policy was used by each defendant to convince I plantiff to surrender copies of Constitutional rights provide to me via Law library as I am indigent in segregation._

BK3
—3

Each Defendant had inflicted cruel and unusual punishment and seemingly acted in retaliation against I plantiff's attempts to exercise my constitutional rights to Exhaust Administrative Remedies.

On 9-11-23 on or around 11 Am on SCU A200 range, I plantiff had been threatened with force and chemical agents to surrender my copies of Indiana Constitutions and United States Constitutions to Lt. Yarber, Sgt. Leffler, Sgt. Kolarick (Defendants) at the request of law librarian Dana Skinner (witness). I (plantiff) Warren A. Beals had complied with the excessive force and surrendered the legal materials to defendant Yarber. Caseworker A. Moseley had been present shortly after defendants left my cell area and A. Moseley i's involved a a possible witness, and several inmates on SCU A-200 range are also witnesses to this incident.

I (Plantiff) Warren A. Beals suffer from mental health diagnosis of PTSD, Anxiety, Depression, insomnia, and I suffer from a diagnosis of Epilepsy often triggered by stress. The diagnosis stated are listed due to this incident having a negative impact on my life while segregated and at the mercy of Doc officials whom are acting in retaliation, Doc officials being defendants.

BK3
-4

Grievances, Healthcare forms, Grievance appeals, and complaints to the warden have been filed and relief has been denied.

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

- Declare to ~~court~~ each defendant that they acted unconstitutional against I (Plantiff) Warren A. Beals —

- Declare to each defendant that they shall not use any form of retaliation either personal or 3rd party against I plaintiff Warren A. Beals —

- Declare to each defendant that they shall honor Constitutional Rights —

- ~~xxxx~~ Declare the Monetary Value of $2,200,000.00 (negotiable) to be awarded to I plaintiff Warren A. Beals — (2.2 million)

## AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this ___18th___ day of __September__, 20 23.

_Warren A. Beals_
Plaintiff

BK3
-5