UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WARREN A. BEALS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YARBER, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)   No. 2:23-cv-00475-JMS-MKK<br>)<br>)<br>)<br>) |

# FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT**. The action is dismissed for failure to state a claim upon which relief may be granted.

Date: 5/2/2024

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

WARREN A. BEALS
209457
WABASH VALLEY - CF
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
CARLISLE, IN 47838